IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Adams, Michael T | Case Number: 05 B 05724 |
|---|---|---|
| | Adams, Lynnetta | Judge: Hollis, Pamela S |
| | Printed: 11/6/07 | Filed: 2/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  October 19, 2007
Confirmed:  August 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 43,500.00 | |
| Secured: | | 24,471.82 |
| Unsecured: | | 12,980.81 |
| Priority: | | 0.00 |
| Administrative: | | 2,905.20 |
| Trustee Fee: | | 2,042.18 |
| Other Funds: | | 1,099.99 |
| Totals: | 43,500.00 | 43,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,905.20 | 2,905.20 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 12,411.57 | 12,411.57 |
| 4. | Morgan Stanley Dean Witter Credit Corp | Secured | 6,166.53 | 3,626.68 |
| 5. | Option One Mortgage Corp | Secured | 14,339.75 | 8,433.57 |
| 6. | Ford Motor Credit Corporation | Unsecured | 7,838.64 | 9,040.39 |
| 7. | Palisades Collection LLC | Unsecured | 567.32 | 654.30 |
| 8. | Morgan Stanley Dean Witter Credit Corp | Unsecured | 0.00 | 0.00 |
| 9. | Cingular Wireless | Unsecured | 351.49 | 402.82 |
| 10. | Munster Med, Research Fountain | Unsecured | 339.40 | 391.43 |
| 11. | Nicor Gas | Unsecured | 528.48 | 609.50 |
| 12. | Premier Bankcard | Unsecured | 106.76 | 123.13 |
| 13. | Cingular Wireless | Unsecured | 922.24 | 1,056.93 |
| 14. | RMI | Unsecured | 148.96 | 171.79 |
| 15. | Key Markets Inc | Unsecured | 460.00 | 530.52 |
| 16. | SBC | Unsecured | 586.02 | 0.00 |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Bank Of America | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | Fashion Bug | Unsecured | | No Claim Filed |
| 25. | First Premier | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Adams, Michael T  
Adams, Lynnetta  
Printed: 11/6/07

Case Number: 05 B 05724  
Judge: Hollis, Pamela S  
Filed: 2/21/05

| | | | |
|---|---|---|---|
| 26. | CCS | Unsecured | No Claim Filed |
| 27. | Ford Motor Credit Corporation | Unsecured | No Claim Filed |
| 28. | Gregory Hagan | Unsecured | No Claim Filed |
| 29. | Kmart Corp | Unsecured | No Claim Filed |
| 30. | IC System Inc | Unsecured | No Claim Filed |
| 31. | Ingalls Memorial Hospital | Unsecured | No Claim Filed |
| 32. | JBC & Associates | Unsecured | No Claim Filed |
| 33. | HSBC Bank USA | Unsecured | No Claim Filed |
| 34. | Van Ru Credit Corporation | Unsecured | No Claim Filed |
| 35. | Pay Day Loans | Unsecured | No Claim Filed |
| 36. | Transworld Systems Inc | Unsecured | No Claim Filed |
| 37. | National Asset Recovery | Unsecured | No Claim Filed |
| 38. | Orthopedic Associates of Hammo | Unsecured | No Claim Filed |
| 39. | GPO | Unsecured | No Claim Filed |

$ 47,672.36      $ 40,357.83

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 148.96 |
| 5.5% | 632.49 |
| 5% | 165.00 |
| 4.8% | 1,012.41 |
| 5.4% | 83.32 |

$ 2,042.18

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)